CYNTHIA L. MELLEMA (State Bar No. 122798)
EMILY S. NOZICK (State Bar No. 201050)
SNR DENTON US LLP
2121 N. California Blvd., Suite 800
Walnut Creek, CA 94596
Telephone: (952) 949-2600
Facsimile: (952) 949-2610
Email: cynthia.mellema@snrdenton.com
emily.nozick@snrdenton.com

Attorneys for Plaintiff
ALLSTATE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, an Illinois Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL MCGEE, JR., GABRIELA TINOCO, aka MARIA G. TINOCO, WILLIAM LOSCH and SUZANNE LOSCH, as Trustees of the Losch 2006 Trust,<br><br>Defendants. | No. 3:11-cv-05614 JSW<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Current CMC Date: March 2, 2012<br>Time: 1:30 p.m.<br>Place: Courtroom 11<br>Before: Hon. Jeffrey S. White |

Allstate Insurance Company hereby respectfully requests that the Court reschedule the Case Management Conference currently set for March 2, 2012. On February 10, 2012, Allstate filed a Notice of Pending Settlement. Given the pending settlement, Allstate requests the Court continue the Case Management Conference currently scheduled for March 2, 2012. Allstate believes the settlement should be concluded within 30 to 40 days and thus requests a 60 day continuance.

Case No. 3:11-cv-05614 JSW     1     REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE

Dated: February 17, 2012

Respectfully submitted,

SNR DENTON US LLP

By _____/s/ CYNTHIA L. MELLEMA_____
       CYNTHIA L. MELLEMA

Attorneys for Plaintiff
ALLSTATE INSURANCE COMPANY

### [PROPOSED] ORDER

IT IS SO ORDERED and for good cause appearing, the Court moves the date for the Case Management Conference to May 4, 2012. Pursuant to the Order Setting Initial Case Management Conference and ADR Deadlines, the other deadlines are continued accordingly.

Dated: February 21, 2012

_____
HON. JEFFREY S. WHITE
U.S. DISTRICT COURT JUDGE

SNR DENTON US LLP
2121 N. CALIFORNIA BLVD., SUITE 800
WALNUT CREEK, CALIFORNIA 94596
(952) 949-2600